IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID R. COOLEY,

      Petitioner,               No. CIV S-07-1781 GEB KJM P

      vs.

K. MENDOSA-POWERS,

      Respondent.             ORDER

_____/

      Petitioner has requested an extension of time to file and serve an opposition to respondent's January 30, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's request for an extension of time (docket no. 8) is granted; and

      2. Petitioner shall file and serve an opposition to respondent's motion to dismiss on or before March 30, 2008.

DATED: March 5, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
cool1781.111