IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID R. COOLEY,

    Petitioner,                    2:07-cv-1781-GEB-KJM-P

    vs.

K. MENDOSA-POWERS, et al.,

    Respondents.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 9, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed September 9, 2008, are adopted in full;

2. Respondents' motion to dismiss (#7) is granted;

3. Petitioner's claim, that he should be allowed to withdraw his 1993 plea of guilty because he was never informed that in order to obtain release he would have to be approved for release by the California Board of Prison Terms is dismissed without prejudice to petitioner seeking permission from the Ninth Circuit Court of Appeals under 28 U.S.C. § 2244 to proceed with his claim;

4. Petitioner's claim that he has already served the sentence he bargained for in his 1993 plea agreement is dismissed as time-barred; and

5. This case is closed.

Dated: November 26, 2008

GARLAND E. BURRELL, JR.
United States District Judge